FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

February 6, 2023

No. 04-22-00790-CR

Aaron V. **WELGARZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 290th Judicial District Court, Bexar County, Texas
Trial Court No. 2019-CR-7939
Honorable Jennifer Pena, Judge Presiding

# O R D E R

The Appellant's Motion for Extension of Time to File Appellant's Brief is hereby GRANTED. The Appellant's Brief is due April 10, 2023. Further requests for extension of time will be disfavored.

It is so **ORDERED** on February 6, 2023.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT